**POTTER HANDY, LLP**
ELLIOTT MONTGOMERY, SBN 279451
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Rd., Ste. 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
ElliotM@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
KENDALL C. FISHER, SB# 322155
  E-Mail: Kendall.Fisher@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, NOLAN VENTURES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>NOLAN VENTURES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | CASE NO. 2:18-cv-00130-KJM-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO SCHEDULE SITE INSPECTION**<br><br>The Hon. Kimberly J. Mueller |

1   Pursuant to the Parties' Joint Stipulation Extending Time to Schedule Site Inspection, the
2   Court hereby extends the deadline for the site inspection date to be scheduled from June 11, 2019,
3   to August 11, 2019.
4   IT IS SO ORDERED.
5   DATED: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE