**POTTER HANDY, LLP**
SARA N. GUNDERSON, SBN 302582
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Rd., Ste. 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
SaraG@potterhandy.com

Attorneys for Plaintiff,
SCOTT JOHNSON

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
KENDALL C. FISHER, SB# 322155
  E-Mail: Kendall.Fisher@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant,
NOLAN VENTURES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>NOLAN VENTURES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | CASE NO. 2:18-cv-00130-KJM-DB<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO SCHEDULE SITE INSPECTION**<br><br>The Hon. Kimberly J. Mueller |

Pursuant to the Parties' Second Joint Stipulation Extending Time to Schedule Site Inspection, the Court hereby extends the deadline for the site inspection date to be scheduled from August 11, 2019 to September 30, 2019.

/ / /

/ / /

1    IT IS SO ORDERED.

2 DATED: August 19, 2019.

_____
UNITED STATES DISTRICT JUDGE