UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:18-cv-00130-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Nolan Ventures, LLC, | |
| Defendant. | |

Plaintiff filed a notice of settlement at ECF No. 27 in September 2019. No documents have been filed since then despite multiple inquiries from court staff; nor has plaintiff's counsel responded to those inquiries. Plaintiff is **ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b) and why the court should not impose monetary sanctions of $250 against plaintiff's counsel.

IT IS SO ORDERED.

DATED: September 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1