UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No:** 2:18-CV-00130-KJM-DB |
| Plaintiff, | **ORDER** |
| v. | Hon. Judge Kimberly J. Mueller |
| **Nolan Ventures, LLC**, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT this matter is dismissed without prejudice. The Court will retain jurisdiction over the matter for the limited purpose of Plaintiff's motion for attorney's fees and costs. This motion shall be filed within fourteen (14) days.

**IT IS SO ORDERED.**

DATED:  November 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE