UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No:** 2:18-CV-00130-KJM-DB |
| Plaintiff, | **ORDER** |
| v. | Hon. Judge Kimberly J. Mueller |
| **Nolan Ventures, LLC**, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the deadline to file plaintiff's motion for attorneys' fees is continued 30 days, to Thursday December 23, 2021.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE